RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 10/20/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| OTIS R. MCKINLEY | CIVIL ACTION NO. 11-1366 |
| VERSUS | JUDGE TRIMBLE |
| WARDEN, AVOYELLES CORRECTIONAL CENTER | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the report and recommendation of the magistrate judge previously issued herein and after de novo review of the record, including the objections filed by petitioner,[1] and having determined that the findings and recommendations are correct under applicable law, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the above-captioned case is **DISMISSED** in accordance with the provisions of FRCP 41(b). Accordingly, it is further

**ORDERED** that petitioner's motion for leave to proceed in forma pauperis is **DENIED**.[2]

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 20th day of October, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner was given until September 15, 2011 to correct the deficiencies which are discussed in the magistrate judge's report and recommendation. See R. 3. Petitioner's objections, though timely, purport to submit an amended petition for writ of habeas corpus and an application to proceed in forma pauperis. See R. 6, 7. The court notes, however, that petitioner's amended petition is deficient because it is not submitted in proper form. Moreover, such petition is untimely.

[2] R. 8.